UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS D. BRALEY,<br><br>    Plaintiff,<br><br>    v.<br><br>R. HICKS, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-0206 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE<br><br>(Doc. 11) |

    Plaintiff asserts the defendants violated his civil rights by failing to maintain control of his property.  (*See* Doc. 1 at 3.)  Plaintiff seeks to proceed *in forma pauperis* with this action, in which he seeks to hold the defendants liable for property that was misplaced and/or broken. (Doc. 2.)

    The assigned magistrate judge found Plaintiff had filed at least three lawsuits that were dismissed for failure to state a claim, and he was subject to the three strikes bar imposed by 28 U.S.C. § 1915(g).  (Doc. 8 at 2.)  The magistrate judge also found the allegations in the complaint—which address the loss of personal property—do not satisfy the "imminent danger of serious physical injury" exception to Section 1915(g).  (*Id.* at 2-3.)  Therefore, the magistrate judge recommended Plaintiff's motion to proceed in forma pauperis be denied.  (*Id.*)

    Plaintiff filed objections to the Findings and Recommendations on June 5, 2023. (Doc. 17.)  However, Plaintiff does not dispute the finding of the magistrate judge that he is subject to the three strikes bar, and he does not identify any facts either in his objections or the complaint to support a

1

conclusion that he is in imminent danger of a serious physical injury. (*See id.*)

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 15, 2023 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiff **SHALL** pay the $402 filing fee within 30 days of service of this order.
4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.</u>

IT IS SO ORDERED.

Dated: **June 19, 2023**

UNITED STATES DISTRICT JUDGE