**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS D. BRALEY, | No. 1:23-cv-00206-JLT-SAB (PC) |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE |
| v. | |
| R. HICKS, et al., | (Docs. 19, 21) |
| Defendants. | |

Plaintiff Thomas D. Braley is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 20, 2023, the Court issued an order denying Plaintiff's motion to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee within 21 days. (Doc. 19) The Court cautioned Plaintiff that "failure to pay the required fee as ordered will result in the dismissal of the action without prejudice." (*Id.* at 2.) On July 31, 2023, the Court denied Plaintiff's motion for reconsideration of the Court's June 20, 2023, order, and directed Plaintiff to pay the filing fee within 20 days. (Doc. 21 at 3.) To date, Plaintiff has not paid the filing fee and the time to do so has now passed. However, on August 25, 2023, Plaintiff filed a motion for reconsideration of the Court's July 31, 2023 order. As the Court has previously denied Plaintiff's motion for reconsideration of the denial of his application to proceed in forma pauperis and he has not

presented any viable reason for further reconsideration, his motion for reconsideration is denied.

Accordingly, this action is DISMISSED for failure to pay the filing fee and failure to obey a Court order.

IT IS SO ORDERED.

Dated: __August 28, 2023__    _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE